## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AOUNI ABOUSALEH, | |
| *Plaintiff,* | Case No. 2:18-cv-13591-SFC-SDD |
| v. | Hon. District Judge Sean F. Cox |
| CONTINENTAL STRUCTURAL PLASTICS, INC., a foreign corporation; BRET HANNAM, in his individual and corporate capacity; JEFF GESSNER, in his individual and corporate capacity; TOM SMITH, in his individual and corporate capacity; BRUCE EISERLE, in his individual and corporate capacity; ROXANNE SIEBENECK, in her individual and corporate capacity; GREG GRAHAM, in his individual and corporate capacity; JINA GRAHAM, in her individual and corporate capacity; JESSEKA FERDON (formerly JESSEKA GRAHAM), in her individual and corporate capacity, and JAMES ALBERT SHEPPARD, in his individual and corporate capacity | Mag. Judge Stephanie Dawkins Davis <br><br> **STIPULATED ORDER OF <u>DISMISSAL WITH PREJUDICE</u>** |
| *Defendants.* | |

| | |
|---|---|
| LAW OFFICES OF THOMAS R. WARNICKE, PLLC <br> Thomas R. Warnicke (P26362) <br> *Attorneys for Plaintiff* <br> 16291 W. 14 Mile Rd., Suite 21 <br> Beverly Hills, MI  48025 <br> (248) 930-4411 <br> tom@warnickelaw.com | KEMP KLEIN LAW FIRM <br> Mark Filipp (P33874) <br> Faith Gaudaen (P59469) <br> *Attorneys for Defendants* <br> 201 W. Big Beaver Road, Suite 600 <br> Troy, Michigan  48084 <br> (248) 619-2580 <br> mark.filipp@kkue.com <br> faith.gaudaen@kkue.com |

## STIPULATED ORDER OF DISMISSAL
## <u>WITH PREJUDICE</u>

In view of the Stipulation of the parties and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs and/or attorney fees to any party.

This is the final order and closes this case.

IT IS SO ORDERED.

Dated:  October 2, 2019

s/Sean F. Cox
Sean F. Cox
U. S. District Judge


The above is stipulated and agreed to by:

/s/ Thomas R. Warnicke (w/consent)
LAW OFFICES OF THOMAS R. WARNICKE, PLLC
Thomas R. Warnicke (P26362)
*Attorneys for Plaintiff*
16291 W. 14 Mile Rd., Suite 21
Beverly Hills, MI  48025
(248) 930-4411

/s/ Mark Filipp
KEMP KLEIN LAW FIRM
Mark Filipp (P33874)
Faith Gaudaen (P59469)
*Attorneys for Defendants*
201 W. Big Beaver Road
Suite 600
Troy, Michigan  48084
(248) 619-2580